# \UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Randy Steele,

    Plaintiff,

          v.                                        Case No.  1:06cv367

Jeffrey Wolfe, Warden, Noble
Correctional Institution,                            Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed October 16, 2007 (Doc. 8).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  See United States v. Walters, 638 F.2d 947 (6th Cir. 1981).  No objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation to be correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** dismissing this matter with prejudice.  Petitioner will be denied any requested certificate of appealability and for leave to appeal *informa pauperis*.  This action is closed.

    **IT IS SO ORDERED.**

                                                 *S/Michael R. Barrett*
bac    November 8, 2007                           Michael R. Barrett, Judge
                                                 United States District Court